**Order entered January 23, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01092-CV

**A&F ELEVATOR COMPANY, INC., Appellant**

**V.**

**MELANIE DENISE SIPHO, WILLIAM LESLIE TAYLOR AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-07160-E**

## ORDER

By order entered December 15, 2016, we granted Lloyd Ward's motion to withdraw as counsel for appellant, directed appellant to notify us of the name and contact information of new counsel, and suspended the deadline for filing appellant's brief pending appellant's retainer of new counsel. On January 13, 2017. Megan Roper of the Law Firm of Roper & Mehler filed an appearance as attorney of record for appellant. Accordingly, we reinstate the briefing deadline and **ORDER** the brief be filed no later than February 23, 2017.

/s/ ELIZABETH LANG-MIERS
JUSTICE